IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cuellar-Lindsey, Nichole

Printed: 9/23/08

Case Number: 08 B 11244
Judge: Wedoff, Eugene R
Filed: 5/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: July 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 785.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 785.00 |
| Totals: | 785.00 | 785.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 6,143.13 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 29,000.00 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 44.72 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 52.57 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 65.30 | 0.00 |
| 9. | Village Of Matteson | Secured | | No Claim Filed |
| 10. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 11. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 12. | Christ Medical Center | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 15. | Village Of Matteson | Unsecured | | No Claim Filed |
| 16. | Newport News | Unsecured | | No Claim Filed |
| 17. | University of Illinois | Unsecured | | No Claim Filed |
| 18. | Stealth I Inc | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Aspire Visa | Unsecured | | No Claim Filed |
| 21. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 22. | Anita M Stone JCC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 35,305.72 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cuellar-Lindsey, Nichole

Printed: 9/23/08

Case Number: 08 B 11244
Judge: Wedoff, Eugene R
Filed: 5/2/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

